UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.   CASE NO. 8:04-CR-113-T-17TGW

MARTHA SANCHEZ-RESTREPO.

_____/

ORDER

This cause is before the Court on:

Dkt. 237   Motion to Change Release Date

Defendant Martha Sanchez-Restrepo, pro se, requests that the Court assist Defendant in changing Defendant's release date, based upon the reduction in the term of imprisonment which the Court granted on October 28, 2016 (262 months to 210 months imprisonment).

Defendant Sanchez-Restrepo indicates that Defendant sought assistance from her case manager at Federal Satellite Low, and was informed that the change in release date must be done by the Central Office in Texas.

The calculation of credit for time served, and the calculation of a defendant's release date, are matters that are within the authority of the Bureau of Prisons. Defendant Sanchez-Restrepo has not established that she has exhausted the administrative remedies available. After consideration, the Court finds that the Court does not have jurisdiction, and directs Defendant Sanchez-Restrepo to exhaust all administrative remedies available. Accordingly, it is

Case NO. 8:04-CR-113-T-17TGW

**ORDERED** that Defendant Sanchez-Restrepo's Motion to Change Release Date (Dkt. 237) is **denied** without prejudice for lack of jurisdiction. Defendant Sanchez-Restrepo shall avail herself of the administrative remedies available. The Clerk of Court shall provide a copy of this Order to pro se Defendant by U.S. Mail.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 14th day of February, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Martha Sanchez-Restrepo
41869-018
Federal Satellite Low
Rt. 37
Danbury, CT   06811

2